**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| LITTLE MINDS 1ST ACADEMY, LLC, ) ) ) | CASE NO. 19-63884-JWC |
| ) | JUDGE JEFFERY W. CAVENDER |
| Debtor. ) | |
| ————————————— ) | ————————————— |
| FORD MOTOR CREDIT COMPANY, LLC, A DELAWARE LIMITED LIABILITY COMPANY, ) ) ) | CONTESTED MATTER |
| Movant, ) | |
| vs. ) | |
| LITTLE MINDS 1ST ACADEMY, LLC, ) ) ) | |
| Respondents. ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Ford Motor Credit Company, LLC, A Delaware Limited Liability Company has filed a Motion to Terminate Stay and to Authorize Movant to Take Possession of Collateral and related papers with the Court seeking an order lifting the stay as to a certain 2017 Ford T350, VIN 1FBZX2ZM1HKA56070.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Terminate Stay, **in <u>Courtroom 1203</u>, Richard B. Russell Federal Building & U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3361, at 10:00 A.M. on <u>10/17/2019</u>**.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address for the Clerk's Office is: Clerk, United States Bankruptcy Court, Richard B. Russell Federal Building & U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3361.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

/s/ Ronald A. Levine
Ronald A. Levine, Ga. Bar No. 448736
**LEVINE & BLOCK, LLC.**
P.O. Box 422148
Atlanta, Georgia  30342
(404) 231-4567
Attorney for Movant

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| LITTLE MINDS 1ST ACADEMY, ) LLC ) | CASE NO. 19-63884-JWC |
| ) Debtor. ) | JUDGE JEFFERY W. CAVENDER |
| ------------------------------ ) | ------------------------------ |
| FORD MOTOR CREDIT COMPANY, ) LLC, A DELAWARE LIMITED ) LIABILITY COMPANY, ) | CONTESTED MATTER |
| Movant, ) | |
| vs. ) | |
| LITTLE MINDS 1ST ACADEMY, ) LLC , ) | |
| Respondents. ) | |

**MOTION TO TERMINATE STAY AND TO AUTHORIZE MOVANT TO
TAKE POSSESSION OF COLLATERAL**

COMES NOW FORD MOTOR CREDIT COMPANY, LLC, A DELAWARE LIMITED LIABILITY COMPANY, (hereinafter referred to as "FMCC") and respectfully represents the following:

1.

The within and foregoing Petition under Chapter 11 of the Bankruptcy Code was filed on 09/02/2019.

2.

Respondents executed a contract, which was assigned to FMCC for value, with FMCC retaining a security interest in the vehicle (2017 Ford T350, VIN 1FBZX2ZM1HKA56070) described therein, all of which is more fully described in the Proof of Claim on file with the court. There is no other collateral securing the debt.

3.

Movant is presently unable to take possession of and enforce its contractual rights unless the Court terminates, annuls, modifies, or otherwise conditions the automatic stay under 11 U.S.C. Sec. 362 .

4.

Movant does not have and has not been offered adequate protection by the Respondents. Although the retail installment contract provides that the Debtor is to pay FMCC directly, the Debtor has not paid FMCC in accordance with contract. The account

is due for the 08/26/2019 payments and each payment thereafter. The monthly payments are $557.37 each and the account is presently $557.37 delinquent. At a minimum, FMCC request adequate protection for the depreciating collateral. Furthermore, FMCC request verifiable proof of full coverage insurance. The failure to maintain payments and insurance leaves FMCC without adequate protection.

5.

Further, the aforedescribed vehicle is depreciating in value daily and the Debtor has no equity in the vehicle. The debt owing on the account is $22,954.80, while the approximate value is $21,000.00 wholesale value.

6.

Movant makes this request pursuant to 11 U.S.C. §362 and seeks a hearing pursuant to §362(e) and waives right to hearing within thirty (30) days as provided by 11 U.S.C. Section 362(e).

WHEREFORE, Movant prays:

(a) That the Court grant Movant an immediate hearing;
(b) That the Movant be granted a final hearing within thirty (30) days from the date of said hearing, pursuant to 11 U.S.C. Sec. 362(e), and that upon final hearing, the Stay be terminated;
(c) That after notice and hearing, the Movant be entitled to unrestrained possession, custody and control of the aforedescribed collateral and be permitted to proceed as by law allowed;
(d) That the Court grant immediate relief and waive the requirement of Bankruptcy Rule 4001(a)(3); and
(e) That the Court grant such other relief as is just and proper.

Respectfully submitted,
LEVINE & BLOCK, LLC

BY: /s/ Ronald A. Levine
Ronald A. Levine, Esq.
[GA Bar No. 448736]
ATTORNEYS FOR MOVANT

P.O. Box 422148
Atlanta, GA 30342
(404) 231-4567

```
                                    BANKRUPTCY NO.19-63884-JWC
                                    CHAPTER 11
                                    JUDGE JEFFERY W. CAVENDER
```

**CERTIFICATE OF SERVICE**

I, Ronald A. Levine, Esq. of Levine & Block, LLC, P.O. Box No. 422148, Atlanta, Georgia 30342 certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age:

That on the 6th day of September 2019, I served a copy of the within and foregoing NOTICE OF ASSIGNMENT OF HEARING together with the MOTION FOR RELIEF FROM STAY filed in this bankruptcy matter on:

**LITTLE MINDS 1ST ACADEMY, LLC**

the respondent(s) in this bankruptcy matter by via electronic service as listed on the court's ECF noticing system or by First Class Mail addressed to the said respondent(s) at:

Little Minds 1st Academy, LLC
1730 Tuscan Heights Blvd
Kennesaw, Georgia 30152

and upon Debtor/Defendant's attorney:

Paul Reece Marr, Esquire
Paul Reece Marr, P.C.
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339

and upon Trustee-in-Bankruptcy:

U.S. Trustee, Esq.
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Thomas Wayne Dworschak
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

And Upon those parties as set forth in Official Form 204 ( 20 Largest unsecured creditors) attached hereto and made a part hereof

And upon those parties having filed a Notice of Appearance

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on <u>September 6, 2019</u>           By: <u>/s/ Ronald A. Levine</u>
             (Date)                                Ronald A. Levine, Esq.
                                                   (Ga. Bar No. 448736)